1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GARY EDWIN SHAW,

11          Petitioner,                    No. CIV S-07-2081 MCE GGH P

12      vs.

13   K. PROSPER, Warden, et al.,

14          Respondents.                   ORDER

15   _____/

16          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254.  At the time of filing his petition, petitioner failed to

18   file an application to proceed in forma pauperis or to pay the filing fee.

19          The application attacks a conviction issued by the Torrance Superior Court

20   located in Los Angeles County.  While both this Court and the United States District Court in the

21   district where petitioner was convicted have jurisdiction, see Braden v. 30th Judicial Circuit

22   Court, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of

23   petitioner's application are more readily available in Los Angeles County.  Id. at 499 n.15; 28

24   U.S.C. § 2241(d).

25   /////

26   /////

1

1    Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this

2 matter is transferred to the United States District Court for the Central District of California,

3 Western Division.

4 DATED: 10/26/07        /s/ Gregory G. Hollows

5                  GREGORY G. HOLLOWS
                    UNITED STATES MAGISTRATE JUDGE

6

 GGH:bb
7 shaw2081.108

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26